Phone: 888-275-2620
Fax: 631-382-8320

**Ronald S. Cook, P.C.**
222 East Main Street, STE 206
Smithtown, NY 11787



Ronald
Shields
Cook

Attorney at Law

February 28, 2019

Honorable Judge Louis A. Scarcella
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

      Debtor: Ludwig Andrew Mathews
      Case number: 8-18-73386-las
      Chapter: 13

Dear Judge Scarcella:

Two weeks ago I send to you a letter regarding my discussion with Alexandros E. Tsionis. He had asked for a holding date of 02/28/19 because we were waiting on an address for the new servicer for the debtor to make his payment. Once the payment was made, the motion was to be withdrawn. The new address was eventually provided and the debtor made his mortgage payment (and the arrearage payment) on 2-22-19.

Mr. Tsionis works with Shapiro, DiCaro & Barak, LLC, and this firm is counsel to the mortgage lender. The prior servicer was Specialized Loan Servicing. Mr. Tsionis explained that the debtor's mortgage lender's servicer changed effective 02/06/19.

The debtor made the payment, however, Mr. Tsionis's firm was supposed to withdraw the motion. Instead, his firm sent an attorney to court today (the holding date) and asked for the motion to be granted.

This is NOT what the parties had agreed to and all of this is in a very clear trail of writing that was submitted to the court.

Signing an order, approving the motion, goes against the letter submitted to the court on 2-14-19 which discusses the parties agreed to resolve via payment and withdraw. The debtor made the payment.

I am raising this concern because I was TOLD the motion would be withdrawn once the payment was submitted. The payment was made. The withdraw was not submitted!

Regards,

*(signature)*

cc: Alexandros E. Tsionis, via email: atsionis@logs.com

Phone: 888-275-2620
Fax: 631-382-8320

**Ronald S. Cook, P.C.**
222 East Main Street, STE 206
Smithtown, NY 11787



Ronald
Shields
Cook

Attorney at Law

February 14, 2019

Honorable Judge Louis A. Scarcella
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

       Debtor: Ludwig Andrew Mathews
       Case number: 8-18-73386-las
       Chapter: 13

Dear Judge Scarcella:

Today in court I spoke with Alexandros E. Tsionis. He had asked for a holding date of 02/28/19 in order to sort out the items discussed below. I mentioned that I have another court appearance, at a different court, on that particular date. Mr. Tsionis and I agreed the 02/28/19 date would be a "holding date" as we expect to resolve the pending matter as discussed below prior to 02/28/19.

Mr. Tsionis works with Shapiro, DiCaro & Barak, LLC, and this firm is counsel to the mortgage lender. The prior servicer was Specialized Loan Servicing. Mr. Tsionis explained that the debtor's mortgage lender's servicer changed effective 02/06/19.

Mr. Tsionis has acknowledged that the debtor has yet to receive payment instructions regarding future payments. I was told that the new servicer is still working on setting up the account and will provide a new account number for the debtor once they finish setting up the account. The debtor will need the name, payment address, an account number, and payment instructions for the new servicer.

The debtor is ready, willing, and able to pay the February mortgage payment and is waiting for payment instructions regarding the new servicer. It is my understanding that there is a past due sum of $141.34 owed by the debtor. The debtor is also ready, willing, and able to pay this small delinquent sum and is waiting on payment instructions.

Mr. Tsionis and I discussed that, once the debtor knows where to make the above discussed payments, the debtor will make the payment and his firm would be willing to withdraw their prior motion.

The debtor is current with his plan payments to the trustee.

Regards,

*[signature]*

cc: Alexandros E. Tsionis, via email: atsionis@logs.com